NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-630

PATRICK WAYNE WILLIAMS

VERSUS

IBERIA PARISH SHERIFF'S DEPARTMENT, ET AL.

**********
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 94879
HONORABLE GERARD B. WATTIGNY, PRESIDING
**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders and Oswald A. Decuir, Judges.

AFFIRMED.

Patrick Wayne Williams
In Proper Person
#317407 Camp C Wolf 3
Louisiana State Penitentiary
Angola, LA 70712
COUNSEL FOR PLAINTIFF/APPELLANT:
    Patrick Wayne Williams

Joseph L. Ferguson
124 W. Washington St., Suite B
P.O. Box 9804
New Iberia, LA 70560
(337) 365-6789
COUNSEL FOR DEFENDANTS/APPELLEES:
    Iberia Parish Sheriff's Department, et al.